UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC HARVEY, *et al.*, | Case No. 24-10073 |
| Plaintiffs, | F. Kay Behm |
| v. | United States District Judge |
| CITI GROUP MORTGAGE, *et al.*, | Kimberly G. Altman |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S MAY 2, 2024**
**REPORT AND RECOMMENDATION (ECF No. 33)**

Currently before the court is Magistrate Judge Magistrate Judge Kimberly G. Altman's May 2, 2024 Report and Recommendation. (ECF No. 33). Magistrate Judge Altman recommends denying Plaintiffs' amended motion for a continuance, motion for an injunction and stay, amended motion for entry of default, and motion for reconsideration of denial of clerk's entry of default. (ECF Nos. 10, 13, 22, 28). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees

with the Magistrate Judge's recommended disposition.  Therefore, the court

**ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF

No. 33) and **DENIES** Plaintiffs' motions (ECF Nos. 10, 13, 22, 28).

    **SO ORDERED**.

Date: May 30, 2024                         <u>s/F. Kay Behm</u>
                                              F. Kay Behm
                                              United States District Judge